# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Dale, et al. v. Deutsche Telekom AG, et al.

Case Number: 22-cv-03189

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs Anthony Dale, et al. and the Proposed Class

Attorney name (type or print): Robert E. Litan

Firm: Berger Montague PC

Street address: 2001 Pennsylvania Avenue, Suite 300

City/State/Zip: Washington, DC 20006

Bar ID Number: DC - 323600
(See item 3 in instructions)

Telephone Number: 202-559-9745

Email Address: rlitan@bm.net

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ✔ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ✔ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/27/2022

Attorney signature: S/ Robert E. Litan

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015