# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Dale et al. v. Deutsche Telekom AG et al.   Case Number: 22-cv-03189

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs Anthony Dale et al. and the Proposed Class

Attorney name (type or print): Brendan P. Glackin

Firm: Lieff Cabraser Heimann & Bernstein, LLP

Street address: 275 Battery Street, 29th Floor

City/State/Zip: San Francisco, CA 94111

Bar ID Number: Cal. Bar No. 199643   Telephone Number: (415) 956-1000
(See item 3 in instructions)

Email Address: bglackin@lchb.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 1, 2022

Attorney signature:   S/ Brendan P. Glackin
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015