IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>                *Plaintiffs*,<br><br>   v.<br><br>DEUTSCHE TELEKOM AG et al.,<br><br>                *Defendants*. | Case No. 1:22-cv-03189<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

**DEFENDANTS T-MOBILE US, INC. AND SOFTBANK GROUP CORP.'S
MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants T-Mobile US, Inc. and SoftBank Group Corp., by and through undersigned counsel, hereby respectfully move this Court to dismiss Plaintiffs' Complaint (Dkt. 1) with prejudice.

The grounds for Defendants' Motion are set forth in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, which is filed concurrently herewith. This Motion is made following the conference of counsel. Plaintiffs object to this Motion. The Parties reached agreement on the schedule and page limits for their respective briefs, which was approved by the Court. Dkt. 71.

Defendants' Motion is based on this Motion, Defendants' Memorandum of Law, the declaration of Rachel S. Brass, Defendants' Request for Judicial Notice, Plaintiffs' Complaint, and all other such matters that the Court may consider. Defendants respectfully request that the Court grant this Motion and dismiss Plaintiffs' Complaint with prejudice.

Dated:  December 5, 2022    Respectfully submitted,

/s/ *Josh Krevitt*

Clifford C. Histed
ARDC No. 6226815
Michael E. Martinez
ARDC No. 6275452
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, IL  60602-4207
Phone: 312-807-4448
clifford.histed@klgates.com
michael.martinez@klgates.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
Daniel G. Swanson (*pro hac vice*)
Rodney J. Stone (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: 213-229-7000
TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
RStone@gibsondunn.com

Rachel S. Brass (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Phone: 415-393-8200
RBrass@gibsondunn.com

Josh Krevitt (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193 USA
Phone: 212-351-4000
JKrevitt@gibsondunn.com

*Counsel for T-Mobile US, Inc.*

/s/ *Henry B. Liu*

Rachel S. Morse
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel: (312) 283-1590
rmorse@masseygail.com

Robert D. Wick
Henry B. Liu (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000
rwick@cov.com
hliu@cov.com

Michael B. Miller (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10119
Tel: (212) 468-8000
MBMiller@mofo.com

*Counsel for SoftBank Group Corp..*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2022, I electronically filed a copy of the foregoing through the Court's CM/ECF system, which will send notifications of the filing to all counsel of record.

*/s/ Josh Krevitt*
Josh Krevitt
