**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, T-MOBILE US, INC., and SOFTBANK GROUP CORP.,<br><br>Defendants. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Jeffrey Cole<br><br>**JOINT STATUS REPORT** |

Plaintiffs Anthony Dale, Brett Jackson, Johnna Fox, Benjamin Borrowman, Ann Lambert, Robert Anderson, and Chad Hohenbery ("Plaintiffs") and defendants T-Mobile US, Inc. ("T-Mobile") and SoftBank Group Corp. ("SoftBank") file this status report to 1) notify the Court that personal service of defendant Deutsche Telekom AG ("DT") is expected by approximately June 2023 and 2) propose canceling and/or rescheduling the status hearing set for March 31, 2023, for this reason and also due to a scheduling conflict.

Status of DT Service. On August 11, 2022, this Court appointed Crowe Foreign Services and its agents ("Crowe") to serve DT in Germany under the Hague Conference on Private International Law, Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Nov. 14, 1965 ("Hague Service Convention").[1] On October 3,

---

[1] Order Appointing International Process Server (Aug. 11, 2022), ECF No. 23.

- 1 -

2022, Crowe issued a request for the appropriate German court to serve DT under the convention. On February 17, 2023, Crowe received a letter from that court requiring a new request for service with an additional letter from plaintiffs' counsel. The additional letter will confirm that plaintiffs are not pursuing what German law considers "claim splitting"—i.e., pursuing claims that seek recovery that will be split with a state government. Plaintiffs are preparing the appropriate letter and will re-transmit the service materials to the German court via the Hague Service Convention shortly. Crowe advises that this process could take approximately 2-3 more months to complete.

Proposed Rescheduling of Status Conference. The parties therefore respectfully suggest that the Court may wish to cancel or alternatively reschedule the status conference presently set for March 31, 2023, to a date in June or July. In the event the Court wishes to hold a status conference or hearing sooner than this summer, the parties respectfully request a date other than March 31, 2023, to accommodate the fact that counsel for T-Mobile has a Seventh Circuit argument set at 9:30 a.m. that day.

Dated: March 23, 2023          */s/ Brendan P. Glackin*

                                       Brendan P. Glackin (*pro hac vice*)
                                       Lin Y. Chan (*pro hac vice*)
                                       Nicholas W. Lee (*pro hac vice*)
                                       Sarah D. Zandi (*pro hac vice*)
                                       Jules A. Ross (*pro hac vice*)
                                       LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                       275 Battery Street, 29th Floor
                                       San Francisco, CA 94111-3339
                                       Phone: (415) 956-1000
                                       bglackin@lchb.com
                                       lchan@lchb.com
                                       nlee@lchb.com
                                       szandi@lchb.com
                                       jross@lchb.com

                                       Gary I. Smith Jr. (*pro hac vice*)
                                       HAUSFELD LLP
                                       600 Montgomery Street, Suite 3200
                                       San Francisco, CA 94111
                                       Phone: (267) 702-2318
                                       gsmith@hausfeld.com

                                       Hill Brakefield (*pro hac vice*)
                                       HAUSFELD LLP
                                       888 16th Street N.W., Suite 300
                                       Washington, D.C. 20006
                                       Phone: (202) 540-7200
                                       hbrakefield@hausfeld.com

                                       Eric L. Cramer (*pro hac vice*)
                                       Najah A. Jacobs (*pro hac vice*)
                                       BERGER MONTAGUE PC
                                       1818 Market Street, Suite 3600
                                       Philadelphia, PA 19103
                                       Phone: (415) 215-0962
                                       Phone: (215) 715-3256
                                       ecramer@bm.net
                                       njacobs@bm.net

                                       Robert Litan (*pro hac vice*)
                                       BERGER MONTAGUE PC
                                       2001 Pennsylvania Avenue, NW, Suite 300
                                       Washington, D.C. 20006
                                       Phone: (202) 559-9745
                                       rlitan@bm.net

Joshua P. Davis (*pro hac vice forthcoming*)
BERGER MONTAGUE PC
59A Montford Avenue
Mill Valley, CA 94941
Phone: (415) 215-0962
jdavis@bm.net

Kenneth N. Flaxman
ARDC No. 830399
Joel Flaxman
ARDC No. 6292818
LAW OFFICES OF KENNETH N. FLAXMAN P.C.
200 S Michigan Ave., Suite 201
Chicago, IL 60604
Phone: (312) 427-3200
jaf@kenlaw.com
knf@kenlaw.com

*Counsel for Plaintiffs and the Proposed Class*


*/s/ Clifford C. Histed*
Clifford C. Histed
ARDC No. 6226815
Michael E. Martinez
ARDC No. 6275452
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, IL 60602-4207
Phone: 312-807-4448
clifford.histed@klgates.com
michael.martinez@klgates.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
Daniel G. Swanson (pro hac vice)
Rodney J. Stone (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: 213-229-7000
TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
RStone@gibsondunn.com

Rachel S. Brass (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Phone: 415-393-8200
RBrass@gibsondunn.com

Josh Krevitt (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193 USA
Phone: 212-351-4000
JKrevitt@gibsondunn.com

*Counsel for T-Mobile US, Inc.*


*/s/ Rachel S. Morse*
Rachel S. Morse
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel: (312) 283-1590
rmorse@masseygail.com

Robert D. Wick
Henry B. Liu (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000
rwick@cov.com
hliu@cov.com

Michael B. Miller (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10119
Tel: (212) 468-8000
MBMiller@mofo.com

*Counsel for SoftBank Group Corp..*

## CERTIFICATE OF SERVICE

I, Brendan P. Glackin, an attorney, hereby certify that this **Joint Status Report** was electronically filed on March 23, 2023 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

    Respectfully submitted,

    */s/ Brendan P. Glackin*
    Brendan P. Glackin (*pro hac vice*)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
    (415) 956-1000
    bglackin@lchb.com

    *Counsel for Plaintiffs and the Proposed Class*