IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>DEUTSCHE TELEKOM AG, T-MOBILE US, INC., and SOFTBANK GROUP CORP.,<br><br>Defendant. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Jeffrey Cole |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs provide the Court with notice of supplemental authority concerning the D.C. Circuit's decision in *New York v. Meta Platforms, Inc.*, --- F.4th ---, 2023 WL 3102921 (D.C. Cir. Apr. 27, 2023), which recently affirmed the lower court's laches determinations, *id.* at *9 (a copy of which is attached hereto as **Exhibit A**).

Plaintiffs cited the lower court's decision for the proposition that courts "use the antitrust laws' four-year statute of limitations as a guideline for evaluating [laches] diligence" element and that the "'presumptive four-year laches period is particularly appropriate for challenges to acquisitions.'" ECF No. 87 at 34 (quoting *New York v. Facebook, Inc.*, 549 F. Supp. 3d 6, 35 (D.D.C. 2021)). Defendants contest this proposition. ECF No. 96 at 17–18.

- 1 -

2795208.1

The D.C. Circuit affirmed, noting that the lower court's conclusion is "consistent" with Supreme Court jurisprudence and that statutes of limitations are regularly "drawn upon by equity" as determinative of "whether the plaintiff has inexcusably slept on his rights." *Meta*, 2023 WL 3102921, at *7 (citation omitted). The D.C. Circuit then found the laches element of undue delay satisfied because the plaintiff states there (unlike here) challenged two mergers well after the four-year statute of limitations had expired. *Id.* [1]

Respectfully submitted,

| | |
|---|---|
| Dated: May 11, 2023 | */s/ Brendan P. Glackin* |

Brendan P. Glackin (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
Nicholas W. Lee (*pro hac vice*)
Sarah D. Zandi (*pro hac vice*)
Jules A. Ross (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
bglackin@lchb.com
lchan@lchb.com
nlee@lchb.com
szandi@lchb.com
jross@lchb.com

Gary I. Smith Jr. (*pro hac vice*)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (267) 702-2318
gsmith@hausfeld.com

---

[1] The D.C. Circuit also found the undue delay and prejudice elements to be "related." *Id.* at *8 (the longer "the merged firms are joined together, the more costly and difficult to separate" and six- or eight-year delays in seeking divestiture "would have severe consequences . . . that would not have existed if the States had timely brought their suit"). Plaintiffs here sued within two years, and the lack of undue delay demonstrates a lack of prejudice, too.

Hill Brakefield (*pro hac vice*)
HAUSFELD LLP
888 16th Street N.W., Suite 300
Washington, D.C. 20006
Phone: (202) 540-7200
hbrakefield@hausfeld.com

Eric L. Cramer (*pro hac vice*)
Najah A. Jacobs (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (415) 215-0962
Phone: (215) 715-3256
ecramer@bm.net
njacobs@bm.net

Robert Litan (*pro hac vice*)
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW, Suite 300
Washington, D.C. 20006
Phone: (202) 559-9745
rlitan@bm.net

Joshua P. Davis (*pro hac vice* forthcoming)
BERGER MONTAGUE PC
59A Montford Avenue
Mill Valley, CA 94941
Phone: (415) 215-0962
jdavis@bm.net

Kenneth N. Flaxman
ARDC No. 830399
Joel Flaxman
ARDC No. 6292818
LAW OFFICES OF KENNETH N. FLAXMAN P.C.
200 S Michigan Ave., Suite 201
Chicago, IL 60604
Phone: (312) 427-3200
jaf@kenlaw.com
knf@kenlaw.com

*Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Brendan P. Glackin, an attorney, hereby certify that this **Plaintiffs' Notice of Supplemental Authority** was electronically filed on May 11, 2023 and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

        Respectfully submitted,

        */s/ Brendan P. Glackin*

        Brendan P. Glackin (*pro hac vice*)
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339
        (415) 956-1000
        bglackin@lchb.com

        *Counsel for Plaintiffs and the Proposed Class*