IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, T-MOBILE US, INC., and SOFTBANK GROUP CORP.,<br><br>Defendants. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Jeffrey Cole |

**PLAINTIFFS' UNOPPOSED MOTION TO APPOINT INTERIM
CO-LEAD CLASS COUNSEL**

Plaintiffs Anthony Dale, Brett Jackson, Johnna Fox, Benjamin Borrowman, Ann Lambert, Robert Anderson, and Chad Hohenbery ("plaintiffs") hereby move to appoint Lieff Cabraser Heimann & Bernstein, LLP, Berger Montague PC, and Hausfeld LLP as Interim Co-Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). Additionally, plaintiffs respectfully ask this Court to appoint Joel A. Flaxman of the Law Offices of Kenneth N. Flaxman, P.C. as Interim Liaison Counsel. In support of this motion, plaintiffs rely on their contemporaneously filed memorandum in support, along with supporting declarations and exhibits. Defendant T-Mobile takes no position on this motion and does not intend to file any papers in response to it.

Dated: December 4, 2023      /s/    *Brendan P. Glackin*

    Brendan P. Glackin (*pro hac vice*)
    Lin Y. Chan (*pro hac vice*)
    Nicholas W. Lee (*pro hac vice*)
    Sarah D. Zandi (*pro hac vice*)
    Jules A. Ross (*pro hac vice*)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
    Phone: (415) 956-1000
    bglackin@lchb.com
    lchan@lchb.com
    nlee@lchb.com
    szandi@lchb.com
    jross@lchb.com

    Eric L. Cramer (*pro hac vice*)
    Jeremy Gradwohl (*pro hac vice*)
    BERGER MONTAGUE PC
    1818 Market Street, Suite 3600
    Philadelphia, PA 19103
    Phone: (215) 875-3000
    ecramer@bm.net
    jgradwohl@bm.net

    Robert Litan (*pro hac vice*)
    BERGER MONTAGUE PC
    2001 Pennsylvania Avenue NW, Suite 300
    Washington, D.C. 20006
    Phone: (202) 559-9745
    rlitan@bm.net

    Joshua P. Davis (*pro hac vice* forthcoming)
    BERGER MONTAGUE PC
    59A Montford Avenue
    Mill Valley, CA 94941
    Phone: (415) 215-0962
    jdavis@bm.net

Gary I. Smith Jr. (*pro hac vice*)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (267)-702-2318
gsmith@hausfeld.com

Hill Brakefield (*pro hac vice*)
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, D.C. 20006
Phone: (202) 540-7200
hbrakefield@hausfeld.com

Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
ARDC No. 830399
LAW OFFICES OF KENNETH N. FLAXMAN, P.C.
200 S Michigan Avenue, Suite 201
Chicago, IL 60604
Phone: (312) 427-3200
jaf@kenlaw.com
knf@kenlaw.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Brendan P. Glackin, an attorney, hereby certify that this **Plaintiffs' Unopposed Motion to Appoint Interim Co-Lead Class Counsel** was electronically filed on December 4, 2023, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

Respectfully submitted,

*/s/ Brendan P. Glackin*
Brendan P. Glackin (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
bglackin@lchb.com

*Counsel for Plaintiffs and the Proposed Class*