# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DEUTSCHE TELEKOM AG et al.,<br><br>   *Defendants*. | Case No: 1:22-cv-3189<br><br>Hon. Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

## NOTICE OF CHANGE OF ADDRESS

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that effective December 18, 2023, the San Francisco office of Gibson, Dunn & Crutcher LLP will have a new address as follows: Gibson, Dunn & Crutcher LLP, One Embarcadero Center, Suite 2600, San Francisco, CA 94111-3715. All telephone and facsimile numbers, as well as e-mail addresses, will remain the same.

Dated: December 18, 2023

                */s/ Rachel S. Brass*
                Rachel S. Brass (*pro hac vice*)
                Email: RBrass@gibsondunn.com
                GIBSON, DUNN & CRUTCHER LLP
                One Embarcadero Center, Suite 2600
                San Francisco, CA 94111-3715
                Tel: 415-393-8293

                *Counsel for T-Mobile US, Inc.*