IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, and T-MOBILE US, INC.,<br><br>Defendants. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Jeffrey Cole<br><br>**JOINT STATEMENT** |

Pursuant to this Court's January 18, 2024, Minute Entry (ECF No. 150), Plaintiffs and Defendant T-Mobile US, Inc. ("T-Mobile" and, together, "the parties") respectfully submit this Joint Statement. Because Plaintiffs' motion to compel seeks materials that contain the confidential and/or highly confidential information of non-parties, the parties agreed to a briefing schedule to give those non-parties an opportunity to respond. On December 21, 2023, T-Mobile sent a notice to those non-parties—Altice USA, Inc. ("Altice"), AT&T Inc. ("AT&T"), Comcast Corp. ("Comcast"), Deutsche Telekom AG, DISH Network Corp., Google LLC, SoftBank Group Corp., Verizon Communications, Inc., and the plaintiff States in *State of New York v. Deutsche Telekom AG*, Case No. 19-cv-05434 (S.D.N.Y.). The notice advised that Plaintiffs would move to compel production on January 17, 2024, and that any oppositions will be due on February 7, 2024, and replies due on February 21, 2024. Since Plaintiffs filed the motion, Altice, AT&T, Comcast, and the plaintiff States have informed the parties that they do not intend to

oppose Plaintiffs' motion to compel.[1]

                                                  Respectfully submitted,

Dated:  January 24, 2024                 */s/ Brendan P. Glackin*

                                                  Brendan P. Glackin (*pro hac vice*)
                                                  Lin Y. Chan (*pro hac vice*)
                                                  Nicholas W. Lee (*pro hac vice*)
                                                  Sarah D. Zandi (*pro hac vice*)
                                                  Jules A. Ross (*pro hac vice*)
                                                  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                                  275 Battery Street, 29th Floor
                                                  San Francisco, CA 94111-3339
                                                  Phone: (415) 956-1000
                                                  bglackin@lchb.com
                                                  lchan@lchb.com
                                                  nlee@lchb.com
                                                  szandi@lchb.com
                                                  jross@lchb.com

                                                  Gary I. Smith Jr. (*pro hac vice*)
                                                  HAUSFELD LLP
                                                  600 Montgomery Street, Suite 3200
                                                  San Francisco, CA 94111
                                                  Phone: (267) 702-2318
                                                  gsmith@hausfeld.com

                                                  Hill Brakefield (*pro hac vice*)
                                                  HAUSFELD LLP
                                                  888 16th Street N.W., Suite 300
                                                  Washington, D.C. 20006
                                                  Phone: (202) 540-7200
                                                  hbrakefield@hausfeld.com

---

[1] AT&T informed the parties that they do not believe the AT&T documents at issue are relevant to this case, but that if any other non-party files an opposition implicating "broader issues," it reserves the right to join that opposition.

Eric L. Cramer (*pro hac vice*)
Jeremy Gradwohl (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (415) 215-0962
Phone: (215) 715-3256
ecramer@bm.net
njacobs@bm.net

Robert Litan (*pro hac vice*)
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW, Suite 300
Washington, D.C. 20006
Phone: (202) 559-9745
rlitan@bm.net

Joshua P. Davis (*pro hac vice forthcoming*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 215-0962
jdavis@bm.net

*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*

Kenneth N. Flaxman
ARDC No. 830399
Joel Flaxman
ARDC No. 6292818
LAW OFFICES OF KENNETH N. FLAXMAN P.C.
200 S Michigan Ave., Suite 201
Chicago, IL 60604
Phone: (312) 427-3200
jaf@kenlaw.com
knf@kenlaw.com

*Interim Liaison Counsel for Plaintiffs and the Proposed Class*

/s/ Clifford C. Histed
Clifford C. Histed
ARDC No. 6226815
Michael E. Martinez
ARDC No. 6275452
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, IL 60602-4207
Phone: 312-807-4448
clifford.histed@klgates.com
michael.martinez@klgates.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
Daniel G. Swanson (*pro hac vice*)
Rodney J. Stone (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: 213-229-7000
TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
RStone@gibsondunn.com

Rachel S. Brass (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Phone: 415-393-8200
RBrass@gibsondunn.com

Josh Krevitt (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193 USA
Phone: 212-351-4000
JKrevitt@gibsondunn.com

*Counsel for T-Mobile US, Inc.*

## CERTIFICATE OF SERVICE

      I, Brendan P. Glackin, an attorney, hereby certify that this **Joint Statement** was electronically filed on January 24, 2024, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

      Respectfully submitted,

      */s/ Brendan P. Glackin*
      Brendan P. Glackin (*pro hac vice*)
      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
      275 Battery Street, 29th Floor
      San Francisco, CA 94111-3339
      (415) 956-1000
      bglackin@lchb.com

      *Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*