**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Anthony Dale, et al.
                              Plaintiff,

v.                                             Case No.: 1:22−cv−03189
                                               Honorable Thomas M. Durkin

Deutsche Telekom AG, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 25, 2024:

        MINUTE entry before the Honorable Thomas M. Durkin: The dial in information for the telephone status hearing set for 2/6/2024 at 9:00 a.m. has changed. To join the telephone conference, dial (650) 479−3207, Access Code 180 815 7648. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.