IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, and T-MOBILE US, INC.,<br><br>Defendants. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Jeffrey Cole<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's May 17, 2024 Minute Entry (ECF No. 186), Plaintiffs and Defendant T-Mobile US, Inc. ("T-Mobile"), together "the parties," respectfully submit this Joint Status Report.

**I.       Discovery Schedule**

The parties have agreed to, and the Court has entered, a close of fact discovery of November 13, 2025. ECF No. 123.  The parties further agree that the deadline for substantial completion of their respective document productions should be February 28, 2025, which means they will endeavor to have produced all responsive non-privileged documents that they are able to by that date, and the vast majority of their respective productions.  The parties will meet and confer regarding interim deadlines, such as a deadline for producing structured data, and will submit a proposal by June 28, 2024.

**II.** **Discovery Progress**

    **A.** **Written Discovery**

Plaintiffs and T-Mobile continue to meet and confer productively on discovery. The parties have met and conferred to resolve T-Mobile's objections to Plaintiffs' First Set of Requests for Production of Documents, and Plaintiffs have offered to refine some of their requests in response to those objections. The parties hope to have all objections resolved by June 28 so that the parties can begin searching for responsive documents.

The parties have exchanged lists of proposed custodians and continue to discuss the custodians T-Mobile will use to identify documents responsive to Plaintiffs discovery requests. T-Mobile initially agreed to approximately 30 custodians and intends to agree to certain additional custodians Plaintiffs recently identified. The parties are currently discussing the approximately 30 additional potential custodians Plaintiffs have proposed. The parties are beginning conversations regarding document collection protocols.

In response to T-Mobile's First Set of Requests for Production of Documents, Plaintiffs have started rolling productions of documents. Plaintiffs have also served responses to T-Mobile's First Set of Interrogatories.

    **B.** **Protocols and Stipulations**

The parties also continue working together to formalize several protocols and stipulations. On May 2, 2024, T-Mobile sent Plaintiffs redlines to a draft 502(d) order that Plaintiffs circulated on March 25, 2024, and redlines to a deposition protocol and expert stipulation that Plaintiffs proposed on February 22, 2024. The parties continue working together to resolve disagreements and hope to bring closure to these issues by June 28.

    **C.** **Pre-Merger Data and Documents Produced to Government Entities**

T-Mobile has produced structured data from the states' case in the Southern District of

New York.  Plaintiffs continue analyzing that data, and T-Mobile is helping Plaintiffs understand the produced data sets.

T-Mobile has not yet reproduced the custodial documents it produced in the pre-merger investigations (e.g., by the DOJ, FCC, or CPUC) and in the states' case in the Southern District of New York.  T-Mobile has asked Plaintiffs to agree not to seek further document discovery from the period encompassed by T-Mobile's pre-merger investigation productions in exchange for T-Mobile reproducing the documents it produced in those pre-merger investigations.  To allow Plaintiffs an opportunity to evaluate the scope of those pre-merger productions, T-Mobile has produced some document requests and correspondence from the DOJ investigations and the States' lawsuit.  Plaintiffs are still analyzing those materials, and the parties plan to continue working together to resolve the scope of pre-merger productions.

### D. Third Parties

Plaintiffs had initial meet and confers with AT&T, Inc., Verizon Communications Inc., and DISH Network Corporation regarding Plaintiffs' requests for production of documents to those non-parties.  However, after this Court certified its November 2, 2023 Order for interlocutory appeal, AT&T, Verizon, and DISH refused to meet and confer while the Seventh Circuit considered T-Mobile's petition for leave to file an interlocutory appeal.  After the Seventh Circuit denied T-Mobile's petition, Plaintiffs re-engaged with the third parties.  If any of these third parties do not begin meaningfully to cooperate in responding to these subpoenas, Plaintiffs anticipate moving to compel.  Plaintiffs are in the process of serving a subpoena on SoftBank with requests for production of documents.

Dated: May 24, 2024

/s/ Hill Brakefield
Hill Brakefield (*pro hac vice*)
Swathi Bojedla (*pro hac vice*)
HAUSFELD LLP
888 16th Street N.W., Suite 300
Washington, D.C. 20006
Phone: (202) 540-7200
hbrakefield@hausfeld.com
sbojedla@hausfeld.com

Gary I. Smith Jr. (*pro hac vice*)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (267) 702-2318
gsmith@hausfeld.com

Brendan P. Glackin (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
Nicholas W. Lee (*pro hac vice*)
Sarah D. Zandi (*pro hac vice*)
Jules A. Ross (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
bglackin@lchb.com
lchan@lchb.com
nlee@lchb.com
szandi@lchb.com
jross@lchb.com

Eric L. Cramer (*pro hac vice*)
Jeremy Gradwohl (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (415) 215-0962
Phone: (215) 715-3256
ecramer@bm.net
jgradwohl@bm.net

- 4 -

Robert Litan (*pro hac vice*)
BERGER MONTAGUE PC
1001 G St, N.W. Suite 400 East
Washington, D.C. 20001
Phone: (202) 559-9740
rlitan@bm.net

Joshua P. Davis (*pro hac vice*)
Kyla Gibboney (*pro hac vice*)
Julie Pollock (*pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 689-9292
jdavis@bm.net
kgibboney@bm.net
jpollock@bm.net

*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*

Kenneth N. Flaxman
ARDC No. 830399
Joel Flaxman
ARDC No. 6292818
LAW OFFICES OF KENNETH N. FLAXMAN P.C.
200 S Michigan Ave., Suite 201
Chicago, IL 60604
Phone: (312) 427-3200
jaf@kenlaw.com
knf@kenlaw.com

*Interim Liaison Counsel for Plaintiffs and the Proposed Class*

*/s/ Rachel S. Brass [with permission]*
Rachel S. Brass (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Phone: 415-393-8200
RBrass@gibsondunn.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
Daniel G. Swanson (pro hac vice)
Rodney J. Stone (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: 213-229-7000
TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
RStone@gibsondunn.com

Josh Krevitt (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193 USA
Phone: 212-351-4000
JKrevitt@gibsondunn.com

Clifford C. Histed
ARDC No. 6226815
Michael E. Martinez
ARDC No. 6275452
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, IL 60602-4207
Phone: 312-807-4448
clifford.histed@klgates.com
michael.martinez@klgates.com

*Counsel for T-Mobile US, Inc.*

## CERTIFICATE OF SERVICE

    I, Hill Brakefield, an attorney, hereby certify that this Joint Status Report was electronically filed on May 24, 2024, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

                      Respectfully submitted,

                      */s/ Hill Brakefield*
                      Hill Brakefield
                      *Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*