IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, and T-MOBILE US, INC.,<br><br>Defendants. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Jeffery Cole |

## MOTION TO WITHDRAW MARCUS HILL BRAKEFIELD

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD,**

**PLEASE TAKE NOTICE** that Marcus Hill Brakefield is no longer associated with the law firm of Hausfeld LLP and has withdrawn his appearance as Counsel for Plaintiffs Anthony Dale et al. and the Proposed Class.

Gary I. Smith, Jr. and Swathi Bojedla of Hausfeld LLP remain as counsel of record for Anthony Dale et al. and the Proposed Class.

Dated: December 16, 2024

*/s/ Swathi Bojedla*
Swathi Bojedla (*pro hac vice*)
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, D.C. 20006
Phone: (202) 540-7200
sbojedla@hausfeld.com

Gary I. Smith, Jr. (*pro hac vice*)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (267) 702-2318
gsmith@hausfeld.com

## CERTIFICATE OF SERVICE

I certify that on December 16, 2024, the within document was filed the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this case.

<u>/s/ Swathi Bojedla</u><br>
Swathi Bojedla