IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all other similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>DEUTSCHE TELEKOM AG, T-MOBILE US, INC., and SOFTBANK GROUP CORP.,<br><br>        Defendants. | Case No. 22-cv-03189<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Jeffrey Cole |

**DEFENDANT T-MOBILE US, INC.'S UNOPPOSED MOTION TO CONTINUE JANUARY 23, 2025 STATUS CONFERENCE**

      Defendant T-Mobile US, Inc. ("T-Mobile") respectfully requests that the Court continue the telephonic status conference currently scheduled for 10:00 am CT on January 23, 2025 to the afternoon of that same day (i.e., January 23, 2025) to accommodate a scheduling conflict. Specifically, T-Mobile's undersigned counsel is currently scheduled to appear in court for another matter (N.D. Ill. Case No. 1:24-CV-00164 (Hon. Martha M. Pacold)) during the morning of January 23, 2025. Plaintiffs have informed T-Mobile they do not oppose this motion.

DATED: December 20, 2024          Respectfully submitted,

                                                       */s/ Rachel S. Brass*

                                                       Clifford C. Histed
                                                       ARDC No. 6226815
                                                       Michael E. Martinez

ARDC No. 6275452
Brian J. Smith
ARDC No. 6321543
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, IL 60602-4207
Phone: 312-807-4448
clifford.histed@klgates.com
michael.martinez@klgates.com
brian.j.smith@klgates.com

Josh Krevitt (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Phone: 213-351-4000
JKrevitt@gibsondunn.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
Daniel G. Swanson (*pro hac vice*)
Rodney J. Stone (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: 213-229-7000
TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
RStone@gibsondunn.com

Rachel S. Brass (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Phone: 415-393-8200
RBrass@gibsondunn.com

*Counsel for Defendant T-Mobile US, Inc.*