**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Anthony Dale, et al.
         Plaintiff,

v.                  Case No.: 1:22−cv−03189
                  Honorable Thomas M. Durkin

T−Mobile US, Inc., et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 6, 2025:

  MINUTE entry before the Honorable Jeffrey Cole: The Defendant's Unopposed Motion To Continue The January 23, 2025 Status Conference [219] is granted. The video status conference set for 1/23/25 at 10:00am is rescheduled to 1:30pm. (THIS IS A TIME CHANGE ONLY). Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Please call (855) 244−8681, access code 1807229989#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.