IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>DEUTSCHE TELEKOM AG, and T-MOBILE US, INC.,<br><br>            Defendants. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Jeffrey Cole<br><br>**JOINT STATUS REPORT** |

Plaintiffs and Defendant T-Mobile US, Inc. ("T-Mobile"), together "the parties," respectfully submit this Joint Status Report to update the Court on their discovery progress.

### I.    Party Discovery

As of the date of this status report, T-Mobile has produced over 4 million documents to Plaintiffs. T-Mobile made its first custodial production on December 31, 2024 and has produced over 85,000 custodial documents since then. It anticipates making additional custodial productions this month. T-Mobile also continues to make progress with its structured data productions. It anticipates making another such production before the end of the month.

Plaintiffs have reviewed more than 20,000 custodial documents and have produced 1,204 documents following review. Plaintiffs anticipate an additional production of documents this week.

1

II.     **Third-Party Discovery**

Since third parties (including SoftBank, Verizon, AT&T, and DISH) reengaged with Plaintiffs in the summer of 2024, Plaintiffs have attempted in good faith to negotiate with each. Negotiations with each third party have taken longer than anticipated, creating unforeseen delays. By way of example, some negotiating points have emerged more recently: As described below, some third parties are asserting certain data security concerns that may necessitate an amendment to the Protective Order. Plaintiffs first learned of those security concerns in November 2024.

However, Plaintiffs wish to emphasize that the respective postures of negotiations with each third party are not the same. While negotiations with Verizon and SoftBank are ongoing, Plaintiffs are hopeful that compromises will be reached and judicial involvement can be avoided. Negotiations with other third parties, in particular DISH, have been less productive. Plaintiffs are attempting to reach a compromise with DISH and AT&T, but will otherwise need to file a motion to enforce the subpoena. Plaintiffs anticipate filing one or more motions to enforce their subpoenas in January or February.

T-Mobile has served thirteen subpoenas to date and anticipates serving additional subpoenas in January. T-Mobile's discussions with third parties are ongoing. T-Mobile does not have any issues that require the Court's intervention at this time.

III.    **Confidentiality Order**

The parties wish to apprise the Court of a forthcoming amendment to the Confidentiality Order. Some third parties have raised data security concerns with respect to structured data requests and productions and requested a modification of the Confidentiality Order to address those concerns. The parties and third parties are still negotiating and anticipate filing a motion to amend the Confidentiality Order. The parties will keep the Court apprised of any progress.

Dated: January 17, 2025

/s/ Brendan P. Glackin
Brendan P. Glackin (pro hac vice)
Lin Y. Chan (pro hac vice)
Nicholas W. Lee (pro hac vice)
Sarah D. Zandi (pro hac vice)
Jules A. Ross (pro hac vice)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
bglackin@lchb.com
lchan@lchb.com
nlee@lchb.com
szandi@lchb.com
jross@lchb.com

Swathi Bojedla (pro hac vice)
HAUSFELD LLP
888 16th Street N.W., Suite 300
Washington, D.C. 20006
Phone: (202) 540-7200
sbojedla@hausfeld.com

Gary I. Smith Jr. (pro hac vice)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (267) 702-2318
gsmith@hausfeld.com

Eric L. Cramer (pro hac vice)
Jeremy Gradwohl (pro hac vice)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (415) 215-0962
Phone: (215) 715-3256
ecramer@bm.net
jgradwohl@bm.net

Robert Litan (pro hac vice)
BERGER MONTAGUE PC
1001 G St, N.W. Suite 400 East
Washington, D.C. 20001
Phone: (202) 559-9740
rlitan@bm.net

Joshua P. Davis (pro hac vice)
Kyla Gibboney (pro hac vice)
Julie Pollock (pro hac vice)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 689-9292
jdavis@bm.net
kgibboney@bm.net
jpollock@bm.net

*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*

Kenneth N. Flaxman ARDC No. 830399 Joel Flaxman ARDC No. 6292818
LAW OFFICES OF KENNETH N. FLAXMAN P.C.
200 S Michigan Ave., Suite 201 Chicago, IL 60604
Phone: (312) 427-3200
jaf@kenlaw.com
knf@kenlaw.com

*Interim Liaison Counsel for Plaintiffs and the Proposed Class*

/s/ *Rachel S. Brass*
Rachel S. Brass (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Phone: 415-393-8200
RBrass@gibsondunn.com

Theodore J. Boutrous, Jr. (pro hac vice)
Daniel G. Swanson (pro hac vice)
Rodney J. Stone (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: 213-229-7000
TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
RStone@gibsondunn.com

Josh Krevitt (pro hac vice)

4

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue New York, NY 10166-0193 USA
Phone: 212-351-4000
JKrevitt@gibsondunn.com

Clifford C. Histed ARDC No. 6226815
Michael E. Martinez ARDC No. 6275452
K&L GATES LLP
70 West Madison Street Suite 3300
Chicago, IL 60602-4207
Phone: 312-807-4448
clifford.histed@klgates.com
michael.martinez@klgates.com

*Counsel for T-Mobile US, Inc.*

## **CERTIFICATE OF SERVICE**

I, Brendan P. Glackin, an attorney, hereby certify that this **Joint Status Report** was electronically filed on January 17, 2025, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

Respectfully submitted,

*Brendan P. Glackin*
Brendan P. Glackin (pro hac vice)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
(415) 956-1000
bglackin@lchb.com

*Counsel for Plaintiffs and the Proposed Class*