# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, and T-MOBILE US, INC.,<br><br>Defendants. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Jeffrey Cole |

## STIPULATED MOTION REGARDING DEADLINES FOR NON-PARTY DISCOVERY AND TO AMEND SCHEDULE

Plaintiffs and Defendant T-Mobile US, Inc. ("T-Mobile" and, together, "the parties") by and through their respective counsel, hereby submit this stipulated motion to (a) extend the current discovery deadlines by six months and (b) set interim deadlines concerning non-party discovery. In support of the requested relief, the parties state as follows:

1. On May 31, 2024, the Court entered the parties' agreed-upon schedule for fact discovery and document production, setting the deadline for substantial completion of document production for February 28, 2025, and the fact discovery deadline for November 13, 2025. Dkt. 188.

2. On September 11, 2024, the Court granted the parties' Stipulated Motion Regarding Substantial Completion Deadlines for Data Productions and To Amend Schedule. Dkt. 200, 201.

- 2 -

In doing so, the Court extended the deadline for serving opening expert reports on class and merits issues for which a party bears the burden of proof to March 16, 2026, extended the deadline for serving opposing expert reports to May 26, 2026, and extended the deadline for serving rebuttal expert reports to August 4, 2026. *Id.* The Court also extended the deadline to complete expert depositions and expert discovery to September 17, 2026. *Id.*

3. The parties met and conferred regarding the case schedule on multiple occasions in recent weeks and determined that extensions are needed to provide the parties sufficient time to work through complex, complicated and critical issues concerning non-party discovery. In particular, multiple non-parties critical to class and merits issues have refused to produce any responsive information unless amendments to the Confidentiality Order are made, which the parties are negotiating contemporaneously with counsel for several non-parties.

4. The parties agreed to seek a six-month extension of the current schedule to allow the parties and non-parties sufficient time to work through these issues and complete the production of documents and data, which are expected to be voluminous and complex. The parties also agreed to seek an order setting interim deadlines for non-party discovery to ensure that potential disputes with non-parties are timely resolved and documents and data are received sufficiently in advance of the fact and expert discovery cutoff to be used as needed by the parties.

5. The parties have not previously requested an extension of any fact discovery deadlines and have made one prior request for a modification of the schedule for expert discovery.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties, and subject to the Court's approval:

1. The deadline for substantial completion of party document productions shall be extended to July 31, 2025.

2. The deadline to file an initial motion to compel production of documents from non-parties relating to subpoenas served on or before March 7, 2025, shall be June 30, 2025.[1]

3. The deadline for substantial completion of document productions for non-party subpoenas served on or before March 7, 2025, shall be August 29, 2025.

4. The deadline for the close of fact discovery shall be extended to May 24, 2026.

5. The deadline for serving opening expert reports on class and merits issues for which a party bears the burden of proof shall be extended to September 30, 2026.

6. The deadline for serving opposing expert reports shall be extended to December 9, 2026.

7. The deadline for serving rebuttal expert reports shall be extended to February 17, 2027.

8. The deadline for completing expert depositions shall be extended to April 2, 2027.

9. The deadline for completing expert discovery shall be extended to April 2, 2027.

**THE PARTIES JOINTLY MOVE** for a court order (1) entering the above-identified non-party discovery deadlines, and (2) extending the existing case schedule as set forth and stipulated to above.

---

[1] The Parties may file motions to compel after this date as appropriate under the Federal Rules if further developments (including, but not limited to, review of a non-party's productions or subsequent deposition testimony) reveal deficiencies in a non-party's production pursuant to a subpoena served before March 7, 2025. The Parties also may file motions to compel after this date pertaining to subpoenas served after March 7, 2025.

Dated: February 7, 2025    */s/   Brendan P. Glackin*
Brendan P. Glackin (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
Nicholas W. Lee (*pro hac vice*)
Sarah D. Zandi (*pro hac vice*)
Jules A. Ross (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
bglackin@lchb.com
lchan@lchb.com
nlee@lchb.com
szandi@lchb.com
jross@lchb.com

Gary I. Smith Jr. (*pro hac vice*)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Phone: (267) 702-2318
gsmith@hausfeld.com

Swathi Bojedla (*pro hac vice*)
Renner Walker (*pro hac vice*)
HAUSFELD LLP
888 16th Street NW, Suite 300
Washington, D.C. 20006
Phone: (202) 540-7200
sbojedla@hausfeld.com
rwalker@hausfeld.com

Eric L. Cramer (*pro hac vice*)
Jeremy Gradwohl (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (415) 215-0962
Phone: (215) 715-3256
ecramer@bm.net
jgradwohl@bm.net

Robert Litan (*pro hac vice*)
BERGER MONTAGUE PC
1001 G St, NW Suite 400 East
Washington, D.C. 20001
Phone: (202) 559-9745
rlitan@bm.net

Joshua P. Davis (*pro hac vice*)
Kyla Gibboney (*pro hac vice*)
Julie Pollock (*pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 689-9292
jdavis@bm.net
kgibboney@bm.net
jpollock@bm.net

*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*

Kenneth N. Flaxman
ARDC No. 830399
Joel Flaxman
ARDC No. 6292818
LAW OFFICES OF KENNETH N. FLAXMAN P.C.
200 S Michigan Ave., Suite 201
Chicago, IL 60604
Phone: (312) 427-3200
jaf@kenlaw.com
knf@kenlaw.com

*Interim Liaison Counsel for Plaintiffs and the Proposed Class*

*/s/ Rachel S. Brass*
Rachel S. Brass (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center Suite 2600
San Francisco, CA 94111-3715
Phone: 415-393-8200
RBrass@gibsondunn.com

Theodore J. Boutrous, Jr. (pro hac vice)
Daniel G. Swanson (pro hac vice)
Rodney J. Stone (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: 213-229-7000
TBoutrous@gibsondunn.com
DSwanson@gibsondunn.com
RStone@gibsondunn.com

Josh Krevitt (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193 USA
Phone: 212-351-4000
JKrevitt@gibsondunn.com

Clifford C. Histed
ARDC No. 6226815
Michael E. Martinez
ARDC No. 6275452
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, IL 60602-4207
Phone: 312-807-4448
clifford.histed@klgates.com
michael.martinez@klgates.com

*Counsel for T-Mobile US, Inc.*

## **CERTIFICATE OF SERVICE**

    I, Brendan P. Glackin, an attorney, hereby certify that this **Stipulated Motion Regarding Deadlines for Non-Party Discovery and to Amend Schedule** was electronically filed on February 7, 2025, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

                                       Respectfully submitted,

                                       */s/ Brendan P. Glackin*
                                       Brendan P. Glackin