# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE TELEKOM AG, and T-MOBILE US, INC.,<br><br>Defendants. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Albert Berry III |

## JOINT SCHEDULING ORDER

Pursuant to the Court's July 17, 2025, Order (ECF No. 328), the parties to the above-captioned case have agreed on and respectfully submitted this proposed Joint Scheduling Order with extensions to discovery and expert deadlines. The Court hereby amends and adopts the following case deadlines.

| Case Event | Deadline |
|---|---|
| Close of Fact Discovery | May 21, 2026 |
| Opening Expert Reports (on class and merits issues on which a party bears the burden of proof) | September 3, 2026 |
| Opposing Expert Reports | November 12, 2026 |
| Rebuttal Expert Reports | January 28, 2027 |
| Expert Depositions Completed | March 11, 2027 |

**IT IS SO ORDERED.**

Dated: July 21, 2025

_____
Hon. Albert Berry III
United States Magistrate Judge