**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Anthony Dale, et al.
                          Plaintiff,

v.
                                              Case No.: 1:22–cv–03189
                                              Honorable Thomas M. Durkin

T–Mobile US, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 3, 2025:

      MINUTE entry before the Honorable Albert Berry III: For the reasons set forth in the accompanying Order, Plaintiffs' Motion to Compel DISH [253] is granted in part and denied in part. Defendant's motion to Compel DISH [254] is granted in part and denied in part. Enter Order. The parties are ordered to file an updated joint status report on 1/6/26 on the remaining discovery in the case. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.