IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY DALE, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE US, INC.,<br><br>Defendant. | Case No. 1:22-cv-03189<br><br>Hon. Thomas H. Durkin<br><br>Hon. Albert Berry III |

**DEFENDANT T-MOBILE US, INC.'S
UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED ANSWER**

Defendant T-Mobile US, Inc. ("T-Mobile"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully moves this Court for leave to amend its Answer to add a defense asserting that certain claims are barred by agreements to individually arbitrate.

The grounds for Defendants' Motion are set forth in the accompanying Memorandum of Law in Support of Defendants' Unopposed Motion for Leave to File an Amended Answer, which is filed concurrently herewith. This Motion is made following the conference of counsel. Plaintiffs do not oppose this Motion.

Defendants' Motion is based on this Motion, Defendants' Memorandum of Law, the Plaintiffs' Complaint, and all other such matters that the Court may consider. Defendants respectfully request that the Court grant this Unopposed Motion for Leave to File an Amended Answer.

| | |
|---|---|
| DATED: January 29, 2026 | Respectfully submitted, |
| | /s/ Rachel S. Brass |
| | Rachel S. Brass (*pro hac vice*)<br>Caeli Higney (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111-3715<br>Telephone: 415-393-8200<br>RBrass@gibsondunn.com<br>CHigney@gibsondunn.com |
| | Minae Yu (*pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213-229-7000<br>Myu@gibsondunn.com |
| | Clifford C. Histed<br>ARDC No. 6226815<br>Michael E. Martinez<br>ARDC No. 6275452<br>**K&L GATES LLP**<br>70 West Madison Street<br>Suite 3300<br>Chicago, IL 60602-4207<br>Telephone: 312-807-4448<br>clifford.histed@klgates.com<br>michael.martinez@klgates.com |
| | *Counsel for Defendant T-Mobile US, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2026, I electronically filed a copy of the foregoing through the Court's CM/ECF system, which will send notifications of the filing to all counsel of record.

                                               */s/ Rachel S. Brass*
                                               Rachel S. Brass