# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Anthony Dale, et al.

                          Plaintiff,

v.                                                    Case No.: 1:22–cv–03189
                                                      Honorable Thomas M. Durkin

T–Mobile US, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2026:

     MINUTE entry before the Honorable Albert Berry III: Status hearing held 3/12/26. Defendant's Joint Motion to Amend the Case Schedule [367] is granted. The fact discovery deadline is extended to 2/26/27. Additionally, the Court strikes all previously set expert discovery deadlines, which will be set following the completion of fact discovery. While the Court recognizes that third–party ATT has objected to this Court's prior ruling [340], to the extent there are any custodians that both ATT and Plaintiffs can agree are appropriate, discovery on those custodians shall proceed immediately to ensure that fact discovery does not completely halt during the pendency of the objection before the District Judge. ATT and Plaintiffs are ordered to meet and confer on that issue to find areas of agreement. There are no ongoing discovery disputes between Plaintiff and Defendant T–Mobile before this Court. DISH also does not report any issues that require court intervention at this time. The parties are ordered to file an updated joint status report on 5/19/26. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.