**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY DALE, BRETT JACKSON, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE US, INC.,<br><br>Defendant. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Albert Berry III<br><br><br>**<u>JOINT STATUS REPORT</u>** |

Plaintiffs and Defendant T-Mobile US, Inc. ("T-Mobile"), together "the parties," respectfully submit this Joint Status Report to update the Court on their discovery progress.

## I.      Party Discovery

The parties continue to work cooperatively to resolve disputes regarding written discovery, data, and depositions. There are no active discovery disputes between the parties that require judicial intervention.

### A.  Document Discovery

<u>Plaintiffs' Document Requests:</u> The parties reached a global compromise on Plaintiffs' First and Second Sets of Requests for Production on March 20, 2025, and a global compromise on Plaintiffs' Third Set of Requests for Production on November 6, 2025.

As of the date of this status report, T-Mobile has produced over 5.4 million documents to Plaintiffs consisting of more than 35.7 million pages and 1.3 million native files, all of which

1

total nearly 8 terabytes of data. T-Mobile made its first custodial production on December 31, 2024 and has produced over 1.3 million custodial documents since then. T-Mobile is substantially complete with its custodial ESI productions.

Defendants' Document Requests: Plaintiffs completed productions of Plaintiffs' documents on April 30, 2025.

### B. Depositions

Plaintiffs continue to depose witnesses included in Plaintiffs' first set of Notices of Deposition served on T-Mobile on January 27, 2026. Since the parties' last Joint Status Report (Dkt. 368), Plaintiffs have taken the depositions of four additional T-Mobile witnesses.

T-Mobile intends to serve Notices of Deposition for the named Plaintiffs after AT&T and Verizon have produced documents specific to those individuals.

### C. Interrogatories

On May 1, 2026, Plaintiffs served T-Mobile with their First Set of Interrogatories. T-Mobile's responses to Plaintiffs' First Set of Interrogatories are not yet due.

On January 22, 2024, T-Mobile served its First Set of Interrogatories on Plaintiffs. Plaintiffs served objections and responses to those interrogatories on March 6, 2024.

### II. Nonparty Discovery

The parties continue to negotiate discovery with AT&T, Verizon, DISH, and other nonparties such as cable wireless providers, mobile virtual network operators, and the Department of Labor, and Plaintiffs continue to seek discovery of the monitoring trustee for the consent decree in *United States v. Deutsche Telekom AG*, No. 1:19-cv-02232 (D.D.C.).

### A. DISH

Search Terms: The parties' negotiations with DISH regarding DISH's outstanding custodial discovery obligations under the Court's (Berry, M.J.) October 3, 2025 order (Dkt. 338) and the parties' respective subpoenas are progressing.

On March 3, 2026, DISH sent the parties hit reports on the parties' search terms. On March 20, 2026, Plaintiffs sent DISH a proposal under which DISH could satisfy its custodial discovery ordered by the Court (Berry, M.J.). On April 10, 2026, DISH rejected Plaintiffs' proposal. On April 18, 2026, Plaintiffs sent DISH a new proposal that compromised on several positions in exchange for bringing this discovery dispute to a resolution. DISH provided a counterproposal on April 20, 2026. Plaintiffs responded with their own counterproposal on April 29, 2026. DISH responded with yet another counterproposal on May 6, 2026. Plaintiffs and DISH discussed these proposals over meet and confers on April 15, April 22, and April 30.

The parties expect to finalize an agreement with DISH on search terms in the near future. The outstanding issues at this time are related to technical details of DISH's document review and production.

Text Messages: The agreement the parties are finalizing with DISH is expected to address DISH's obligation to preserve, review, and produce responsive text messages as part of its custodial discovery under the Court's (Berry, M.J.) October 3, 2025 order (Dkt. 338).

### B. AT&T

On October 3, 2025, the Court (Berry, M.J.) granted in part and denied in part Plaintiffs' motion to compel AT&T to produce documents responsive to their subpoena. Dkts. 339, 340. AT&T objected to that order, and that objection is fully briefed and pending.

Since the March 9 Joint Status Report, Plaintiffs and AT&T have exchanged several proposals and counterproposals for an agreement that would resolve Plaintiffs' discovery of

AT&T pertaining to custodial documents. Plaintiffs and AT&T have met and conferred six times in an effort to negotiate a compromise. Plaintiffs and AT&T are continuing to negotiate in good faith in an effort to resolve that issue.

On March 12, 2026, the Court (Berry, M.J.) ordered AT&T to begin producing custodial documents for agreed-upon custodians. Dkt. 370. However, AT&T has not begun producing custodial documents because Plaintiffs and AT&T have not yet reached agreement upon any custodians.

AT&T has produced non-custodial documents in response to T-Mobile's discovery requests. T-Mobile is productively conferring with AT&T regarding the sufficiency of its document production and its production of structured data.

### C. DOL

On January 24, 2025, T-Mobile subpoenaed the Department of Labor ("DOL") for documents and data related to the consumer price index, which Plaintiffs have relied on to allege that the merger between Sprint and T-Mobile caused retail mobile wireless telephone services to be inflated. T-Mobile and the DOL reached impasse in September 2025, but a final pre-motion conference was postponed until November 2025 due to the government shutdown. Shortly thereafter, on December 4, 2025, T-Mobile moved to compel the DOL to comply with its subpoena in the District Court for the District of Columbia. As of March 13, 2026, T-Mobile's motion to compel is fully briefed. A hearing on T-Mobile's motion was scheduled for May 7, 2026, but that hearing date was vacated due to the district court's schedule. T-Mobile and the DOL are working with the district court's courtroom deputy to reschedule the hearing.

Once T-Mobile's motion to compel DOL documents is resolved, T-Mobile anticipates that additional time will be required for the DOL to complete its production of documents and data.

Further, T-Mobile anticipates deposing DOL witness(es) after the motion is resolved and responsive materials are produced.

### D. Monitoring Trustee

Plaintiffs subpoenaed nonparty Edward McNally, who is serving as monitoring trustee for the consent decree in *United States v. Deutsche Telekom AG*, No. 1:19-cv-02232 (D.D.C.), on July 11, 2025. Plaintiffs served an amended subpoena on Mr. McNally on April 22, 2026. Plaintiffs seek reports Mr. McNally and his predecessor, Ted Ullyot, created as part of their oversight duties under the consent decree. Mr. McNally has objected to producing these documents. Plaintiffs have met and conferred with Mr. McNally's counsel and have reached impasse. Plaintiffs intend to move to enforce the subpoena in the District Court for the Southern District of New York.

### E. Other Nonparties

Discovery of other nonparties is progressing and the parties are continuing to resolve disputes as they arise without judicial intervention. Multiple nonparties have made substantial progress fulfilling their discovery obligations since the parties' most recent Joint Status Report.

Verizon represents that its production is substantially complete, and the parties' review of Verizon's production of documents and structured data is ongoing. T-Mobile is productively meeting and conferring with Verizon about the sufficiency of its productions. There are not currently any disputes with Verizon that require judicial intervention. On May 1, 2026, Comcast made a supplemental production that addressed some outstanding questions regarding Comcast's structured data. On April 30, 2026, Deutsche Telekom produced documents in accordance with the discovery agreement made with Plaintiffs on January 19, 2026. On March 18, 2026, CSC Holdings made a supplemental production of structured data.

5

Review of the above productions, as well as productions made by other nonparties subpoenaed in this matter (including Best Buy Health, Charter, Commnet, Consumer Cellular, Cox Communications, Google North America, Locus Telecommunications, National Cable Television Cooperative, Nsighttel Wireless, Smith Bagley, SoftBank, STX Group, Tello, Tube Incorporated, US Mobile, and WideOpenWest) is underway. The parties reserve their rights to seek further discovery of the above nonparties. The parties are continuing to negotiate with UScellular and Cellular South.

The parties intend to submit another Joint Status Report in July 2026 to keep the Court informed of developments in discovery.

Dated: May 19, 2026

*/s/ Gary I. Smith, Jr.*
Gary I. Smith, Jr. (*pro hac vice*)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94104
Phone: (267) 702-2318
gsmith@hausfeld.com

Swathi Bojedla (*pro hac vice*)
Jose Roman Lavergne (*pro hac vice*)
Shana R. Herman (*pro hac vice*)
HAUSFELD LLP
1200 17th Street NW, Suite 600
Washington, D.C. 20036
Phone: (202) 540-7200
sbojedla@hausfeld.com
jlavergne@hausfeld.com
sherman@hausfeld.com

Renner Walker (*pro hac vice*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Phone: (646) 357-1100
rwalker@hausfeld.com

Daniel P. Margolskee (*pro hac vice*)
HAUSFELD LLP
325 Chestnut St., Suite 900
Philadelphia, PA 19106
Phone: (215) 985-3270
dmargolskee@hausfeld.com

Brendan P. Glackin (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
Nicholas W. Lee (*pro hac vice*)
Sarah D. Zandi (*pro hac vice*)
Jules A. Ross (*pro hac vice*)
Courtney J. Liss (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
bglackin@lchb.com
lchan@lchb.com
nlee@lchb.com
szandi@lchb.com
jross@lchb.com
cliss@lchb.com

Eric L. Cramer (*pro hac vice*)
Jeremy Gradwohl (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (415) 215-0962
Phone: (215) 715-3256
ecramer@bm.net
jgradwohl@bm.net

Robert Litan (*pro hac vice*)
BERGER MONTAGUE PC
1001 G St, N.W. Suite 400 East
Washington, D.C. 20001
Phone: (202) 559-9740
rlitan@bm.net

Joshua P. Davis (*pro hac vice*)
Kyla Gibboney (*pro hac vice*)
Julie Pollock (*pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625

7

San Francisco, CA 94111
Phone: (415) 689-9292
jdavis@bm.net
kgibboney@bm.net
jpollock@bm.net

*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*

Kenneth N. Flaxman ARDC No. 830399
Joel Flaxman ARDC No. 6292818
LAW OFFICES OF KENNETH N. FLAXMAN P.C.
200 S Michigan Ave., Suite 201
Chicago, IL 60604
Phone: (312) 427-3200
jaf@kenlaw.com
knf@kenlaw.com

*Interim Liaison Counsel for Plaintiffs and the Proposed Class*

<u>*/s/ Rachel Brass*</u>
Rachel S. Brass (*pro hac vice*)
Caeli A. Higney (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
RBrass@gibsondunn.com
CHigney@gibsondunn.com

Minae Yu (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Myu@gibsondunn.com

Clifford C. Histed
ARDC No. 6226815
Michael E. Martinez
ARDC No. 6275452
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602-4207
Telephone: (312) 807-4448

8

clifford.histed@klgates.com
michael.martinez@klgates.com

*Counsel for Defendant T-Mobile US, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 19, 2026, I electronically filed the foregoing with the Clerk of the

Court using CM/ECF system, which will then send electronic copies to the registered participants

as identified on the Notice of Electronic Filing (NEF).

Respectfully submitted,

*/s/ Gary I. Smith, Jr.*
Gary I. Smith, Jr. (*pro hac vice*)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94104
Phone: (267) 702-2318
gsmith@hausfeld.com