**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY DALE, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE US, INC.,<br><br>Defendant. | Case No. 1:22-cv-03189<br><br>Hon. Thomas H. Durkin<br><br>Hon. Albert Berry III |

**NOTICE OF POTENTIAL RESOLUTION
OF NON-PARTY AT&T'S PENDING OBJECTION (DKT. 347)**

Plaintiffs and non-party AT&T Mobility LLC hereby jointly notify the Court that they have reached an agreement that will potentially resolve AT&T's pending Objection to a Portion of the Magistrate's Order Regarding Plaintiffs' Motion to Compel AT&T Mobility LLC to Produce Discovery Responsive to Plaintiffs' Subpoena. (Dkt. 347.)

After lengthy negotiations, on July 16, 2026, Plaintiffs and AT&T agreed to resolve certain outstanding discovery issues, including the number and identity of custodians whose files AT&T would search for responsive documents. This was the primary issue in AT&T's Objection. Plaintiffs' agreement to use those custodians, however, is contingent on AT&T meeting certain conditions within the next 30 days.

If AT&T satisfies those conditions and Plaintiffs confirm that AT&T may use the agreed-upon custodians, AT&T's pending Objection will become moot. Upon receiving that confirmation, AT&T will promptly withdraw its pending Objection.

Because the Objection may become moot, Plaintiffs and AT&T believe that there is no need for the Court to issue an order on the Objection at this time. If Plaintiffs and AT&T disagree as to whether AT&T has met the specified conditions, Plaintiffs and AT&T will similarly promptly notify the Court.

Dated: July 30, 2026

By: *<u>/s/ Jordan L. Ludwig</u>*

Mark Filip, P.C.
Martin L. Roth, P.C.
Molly Kelley

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-7170
Facsimile: (312) 862-2200
mark.filip@kirkland.com
martin.roth@kirkland.com
molly.kelley@kirkland.com

Jordan L. Ludwig (*pro hac vice*)
**CROWELL & MORING LLP**
515 South Flower Street
41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
jludwig@crowell.com

*Counsel for non-party AT&T Mobility LLC*

## CERTIFICATE OF SERVICE

I certify that on July 30, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will then send electronic copies to the registered participants as identified on the Notice of Electronic Filing (NEF).

Respectfully submitted,

*/s/ Jordan L. Ludwig*

Jordan L. Ludwig (*pro hac vice*)
**CROWELL & MORING LLP**
515 South Flower Street
41st Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
jludwig@crowell.com