**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANTHONY DALE, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T-MOBILE US, INC.,<br><br>Defendant. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Albert Berry III |

**MOTION FOR WITHDRAWAL**

Pursuant to Local Rule 83.17, Plaintiffs respectfully request that Jeremy Gradwohl be withdrawn as counsel of record in the above-captioned action.

In support, Plaintiffs state as follows:

1. Jeremy Gradwohl has been counsel of record for Plaintiffs in the above-captioned action.
2. Jeremy Gradwohl is no longer associated with Berger Montague PC.
3. Other counsel from Berger Montague PC, including the undersigned, with appearances presently on file, will continue to represent Plaintiffs.

**WHEREFORE**, Plaintiffs respectfully request an order authorizing the withdrawal of attorney Jeremy Gradwohl as counsel of record in the above-captioned action.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Robert Litan*

Eric L. Cramer (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 715-3256
ecramer@bergermontague.com

Robert Litan (*pro hac vice*)
BERGER MONTAGUE PC
1001 G St, N.W. Suite 400 East
Washington, D.C. 20001
Phone: (202) 559-9740
rlitan@bergermontague.com

Joshua P. Davis (*pro hac vice*)
Kyla Gibboney (*pro hac vice*)
Julie Pollock (*pro hac vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 689-9292
jdavis@bergermontague.com
kgibboney@bergermontague.com
jpollock@bergermontague.com