**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANTHONY DALE, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>T-MOBILE US, INC.,<br><br>Defendant. | Case No. 1:22-cv-03189<br><br>Hon. Thomas M. Durkin<br><br>Hon. Albert Berry III |

**JOINT MOTION FOR AGREED BRIEFING SCHEDULE AND PAGE LIMITS FOR DEFENDANT T-MOBILE US, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiffs Anthony Dale, Johnna Fox, Benjamin Borrowman, Ann Lambert, Robert Anderson, and Chad Hohenbery (collectively, "Plaintiffs") and Defendant T-Mobile US, Inc. ("T-Mobile"), by and through undersigned counsel, jointly move for entry of an order setting an agreed briefing schedule and page limits for T-Mobile's anticipated Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c) (the "Motion").

WHEREAS,

1. On November 2, 2023, the Court denied T-Mobile's motion to dismiss the Complaint (ECF No. 114);

2. T-Mobile answered the Complaint on December 18, 2023 (ECF No. 146), and filed an amended answer on January 30, 2026 (ECF No. 361), and the pleadings are closed;

3. T-Mobile intends to move for judgment on the pleadings under Federal Rule of Civil Procedure 12(c);

4. Pursuant to the Court's procedures for motion practice, the parties have met and conferred regarding the Motion, and Plaintiffs stated that they intend to oppose the Motion; and

5. Pursuant to the Court's procedures, the parties have agreed to a briefing schedule for the Motion and page limits for their respective briefs.

THE PARTIES JOINTLY MOVE for a Court order adopting the following agreed briefing schedule and page limits for supporting briefs:

1. T-Mobile shall file its Motion on or before November 18, 2026, and its memorandum of law in support is limited to 20 pages.

2. Plaintiffs shall file their opposition to the Motion on or before December 22, 2026, and it is limited to 20 pages.

3. T-Mobile shall file its reply in support of the Motion on or before January 15, 2027, and it is limited to 10 pages.

Dated: November 16, 2026

Respectfully submitted,

/s/ *Rachel S. Brass*
Rachel S. Brass (*pro hac vice*)
Caeli A. Higney (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Phone: (415) 393-8200
RBrass@gibsondunn.com
CHigney@gibsondunn.com

Minae Yu (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: (213) 229-7000
MYu@gibsondunn.com

Clifford C. Histed (ARDC No. 6226815)
Michael E. Martinez (ARDC No. 6275452)
Alicia M. Hawley (ARDC No. 6277624)
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602-4207
Phone: (312) 807-4448
clifford.histed@klgates.com
michael.martinez@klgates.com
alicia.hawley@klgates.com

*Counsel for Defendant T-Mobile US, Inc.*

/s/ *Gary I. Smith, Jr.*
Gary I. Smith, Jr. (*pro hac vice*)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94104
Phone: (267) 702-2318
gsmith@hausfeld.com

Swathi Bojedla (*pro hac vice*)
Jose Roman Lavergne (*pro hac vice*)
Shana R. Herman (*pro hac vice*)
HAUSFELD LLP
1200 17th Street NW, Suite 600
Washington, D.C. 20036
Phone: (202) 540-7200
sbojedla@hausfeld.com
jlavergne@hausfeld.com
sherman@hausfeld.com

Renner Walker (*pro hac vice*)
William Hayden Dwyer (*pro hac vice*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Phone: (646) 357-1100
rwalker@hausfeld.com
wdwyer@hausfeld.com

Daniel P. Margolskee (*pro hac vice*)
HAUSFELD LLP
325 Chestnut St., Suite 900
Philadelphia, PA 19106
Phone: (215) 985-3270
dmargolskee@hausfeld.com

Brendan P. Glackin (*pro hac vice*)
Lin Y. Chan (*pro hac vice*)
Nicholas W. Lee (*pro hac vice*)
Sarah D. Zandi (*pro hac vice*)
Jules A. Ross (*pro hac vice*)
Courtney J. Liss (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
bglackin@lchb.com
lchan@lchb.com
nlee@lchb.com
szandi@lchb.com
jross@lchb.com
cliss@lchb.com

Eric L. Cramer (*pro hac vice*)
Jeremy Gradwohl (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (415) 215-0962
Phone: (215) 715-3256
ecramer@bm.net
jgradwohl@bm.net

Robert Litan (*pro hac vice*)
BERGER MONTAGUE PC
1001 G St, N.W. Suite 400 East
Washington, D.C. 20001
Phone: (202) 559-9740
rlitan@bm.net

Joshua P. Davis (*pro hac vice*)
Kyla Gibboney (*pro hac vice*)
Julie Pollock (*pro hac vice*)
BERGER MONTAGUE PC

505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 689-9292
jdavis@bm.net
kgibboney@bm.net
jpollock@bm.net

*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*

Kenneth N. Flaxman (ARDC No. 830399)
Joel Flaxman (ARDC No. 6292818)
LAW OFFICES OF KENNETH N. FLAXMAN P.C.
200 S Michigan Ave., Suite 201
Chicago, IL 60604
Phone: (312) 427-3200
jaf@kenlaw.com
knf@kenlaw.com

*Interim Liaison Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed a copy of the foregoing through the Court's CM/ECF system, which will send notifications of the filing to all counsel of record.

*/s/ Rachel S. Brass*
Rachel S. Brass