**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANTHONY DALE, JOHNNA FOX, BENJAMIN BORROWMAN, ANN LAMBERT, ROBERT ANDERSON, and CHAD HOHENBERY on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>T-MOBILE US, INC.,<br><br>*Defendant.* | Case No. 1:22-cv-3189<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Albert Berry III |

**DEFENDANT T-MOBILE US, INC.'S**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant T-Mobile US, Inc. ("T-Mobile"), by and through undersigned counsel, respectfully moves for judgment on the pleadings. The pleadings are closed. T-Mobile answered the Complaint on December 18, 2023, Dkt. 146, and filed an amended answer on January 30, 2026, Dkt. 361.

As explained in the accompanying Memorandum of Law, the Complaint no longer plausibly alleges antitrust standing, which forecloses both of Plaintiffs' claims. The grounds for this Motion are set forth in that Memorandum, filed concurrently. T-Mobile also requests, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the exhibits to the Declaration of Caeli A. Higney, as explained in the Memorandum. Counsel for T-Mobile conferred with counsel for Plaintiffs on November 11, 2026, and Plaintiffs oppose the Motion. The parties agreed on a briefing schedule and page limits, which the Court approved. Dkt. 398.

This Motion is based on the Complaint, T-Mobile's amended answer, the Memorandum of Law, the Declaration of Caeli A. Higney and the exhibits attached to it, and such other matters as the Court may properly consider. T-Mobile respectfully requests that the Court grant the Motion and enter judgment in T-Mobile's favor dismissing the Complaint with prejudice.

Dated: November 18, 2026

Respectfully submitted,

/s/ *Rachel S. Brass*
Rachel S. Brass (*pro hac vice*)
Caeli A. Higney (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Phone: 415-393-8200
RBrass@gibsondunn.com
CHigney@gibsondunn.com

Minae Yu (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: 213-229-7000
MYu@gibsondunn.com

Clifford C. Histed (ARDC No. 6226815)
Michael E. Martinez (ARDC No. 6275452)
K&L GATES LLP
70 West Madison Street, Suite 3300
Chicago, IL 60602-4207
Phone: 312-807-4448
clifford.histed@klgates.com
michael.martinez@klgates.com

*Counsel for T-Mobile US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2026, I electronically filed a copy of the foregoing through the Court's CM/ECF system, which will send notifications of the filing to all counsel of record.

*/s/ Rachel S. Brass*
Rachel S. Brass