**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Anthony Dale, et al.
Plaintiff,
v.
T−Mobile US, Inc., et al.
Defendant.

Case No.: 1:22−cv−03189
Honorable Thomas M. Durkin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 19, 2026:

MINUTE entry before the Honorable Albert Berry, III: Plaintiffs' Motion to Seal [403] is granted. The parties' joint motion for an agreed briefing schedule [405] is granted. Plaintiffs' Motion to Compel T−Mobile US, Inc. to Produce Documents Related to T−Mobile US, Inc.'s Price Increases and Its Affirmative Defenses [402, 404] is taken under advisement. Defendant's brief in opposition is due 12/8/26; Plaintiffs' reply brief is due 12/18/26. An in−person motion hearing is set for 1/28/27 at 10:00 a.m. in Courtroom 2214. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.